IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **BYRON J. WARREN,** <br> **(Tarrant No. 0598448),** <br>   **Plaintiff,** <br><br> v. <br><br> **USAA FEDERAL CHECKING** <br> **AND SAVINGS, et al.,** <br><br>   **Defendants.** | § § § § § § § § § § § § | Civil Action No. 4:23-cv-236-O |

# FINAL JUDGMENT

In accordance with the order issued this same day and Federal Rule of Civil Procedure 58, it is **ORDERED, ADJUDGED,** and **DECREED** that all of Plaintiff's claims are **DISMISSED** for lack of prosecution, without prejudice to being refiled. *See* FED. R. CIV. P. 41(b).

**SIGNED** this **23rd day** of **March, 2023.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE